PER CURIAM.

(No. 74-CC-134—Claimant )

CLARENCE E. BOYD, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed May 15, 1974.*

CLARENCE E. BOYD, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.